JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROCKETT L. HOWARD and RHONDA HOWARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; CLEAR RECON CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1 through 10 inclusively<br><br>    Defendants.<br>_____ | Case No.: EDCV 16-518 DSF (KKx)<br><br>JUDGMENT |

The Court having ordered that the complaint be dismissed and Plaintiffs having failed to amend their complaint in the time allowed by the Court, IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: August 11, 2016

                                                    _____
                                                          Dale S. Fischer
                                                    United States District Judge